**Bergenline Office**
4539 Bergenline Avenue
Union City, New Jersey 07087
T: 201-751-4900
F: 201-751-4901

**Stephanie M. Duque Isern ± ‡**
**Jiana L. Paladino ±**
**Victor Manuel Hernandez Fuentes ⊥**
*(Practice Limited to Federal Immigration Law)*
± *Member of the New Jersey Bar*
‡ *Member of the New York Bar*
⊥ *Member of the Puerto Rico Bar*

DUQUE ISERN
LAW

**Ferry Street Office**
206 Ferry Street
Newark, New Jersey 07105
T: 973-206-0050
F: 973-206-0051

**Please respond to:**
**☒ Bergenline Office**
**☐ Ferry Street Office**

**VIA ECF**

November 5, 2026

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Request to Withdraw Petition for Writ of Habeas Corpus
Ayovi Cabeza v. Soto et al., Civil Action No. 2:26-cv-08061-CCC

Dear Judge Cecchi:

This Office represents Petitioner Michael Victor Ayovi Cabeza in the above-captioned habeas matter. Petitioner no longer seeks to pursue the Petition for Writ of Habeas Corpus. Petitioner therefore respectfully requests that the Court permit withdrawal and dismissal of the Petition pursuant to Federal Rule of Civil Procedure 41(a).

Thank you for the Court's attention to this matter.

Respectfully submitted,
/s/Stephanie M. Duque Isern
Stephanie M. Duque Isern, Esq.
Counsel for Petitioner

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/6/2026